ORIGINAL

FILED

04/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0307

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0307

DENNIS J. HOBBS,

    Petitioner and Appellant,

v.

STATE OF MONTANA,

    Respondent and Appellee.

FILED

APR 20 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

    Appellant Dennis J. Hobbs has filed a document titled "Appellant's Informal Brief on Appeal," along with numerous documents that he has labelled as "Augmented Record for the Appeal." He has also filed a "Motion to File Informal Brief on Appeal Under Verification," noting he presently resides in the Idaho State Correctional Center and asserting he does not have access to an adequate law library. He states that "[t]hese documents are adequate to demonstrate validity of Appellant's issues, claims and arguments on appeal."

    During the course of this proceeding, the Court has granted Hobbs two 120-day extensions of time to present his opening appellate brief. The second extension required that the brief be filed by April 8, 2021, and stated, "No further extensions will be granted." On March 16, 2021, Dobbs filed a motion for a third 120-day extension. On March 24, 2021, we denied the request and ordered that Hobbs file his opening brief by April 8, 2021, as previously ordered.

    Hobbs has now presented the afore-described documents for filing as his opening brief. The documents utterly fail to comply with the Rules of Appellate Procedure or, indeed, to make any argument whatsoever. Hobbs appears to have simply provided documents and requested that the Court review them to determine his claims and any relief to which he is entitled. From a review of the record provided by the District Court, Hobbs

appears to be appealing orders entered by the District Court on April 21, 2020, entitled "Orders 1) Denying and Dismissing Successive Petition for Post-Conviction Relief; & 2) Denying Motion for Judicial Notice."

While we understand the challenges of drafting a brief while incarcerated, and grant technical leniency to pro se litigants, we cannot condone the complete failure to construct a legal argument. Hobbs' papers do not constitute an appellate brief, and we cannot even ask the State of Montana to respond to them. Therefore,

IT IS ORDERED that the appeal is dismissed with prejudice.

The Clerk of the Supreme Court is directed to provide a copy of this Order to Appellant Dennis J. Hobbs personally and to the State of Montana.

DATED this 20th day of April, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices

2